**Marilou Retta HEATH, Petitioner–Appellant,**

v.

**James TILTON, Respondent–Appellee.**

No. 08–55293.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2008.*

Filed May 16, 2008.

Marilou Retta Heath, pro se.

Meagan J. Beale, AGCA–Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KOZINSKI, Chief Judge, THOMAS and CALLAHAN, Circuit Judges.

MEMORANDUM **

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's post-judgment order denying appellant's application for housing, medical and living allowances.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All pending motions are denied as moot.

**AFFIRMED.**

---

* This disposition is not appropriate for publica-
tion and is not precedent except as provided
by Ninth Circuit Rule 36–3.